STATE v. CLARK

No. 46.

Case below: 22 N.C. App. 81.

Appeal dismissed for failure to comply with Rule 19(3) of the Rules of this Court and Rule 3(b) of the Supplementary Rules of this Court, as interpreted in *In re Will of Adams*, 268 N.C. 565, and *State v. Staten*, 271 N.C. 600, 12 September 1974.

STATE v. COLLINS

No. 67 PC.

Case below: 22 N.C. App. 590.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974.

STATE v. CUMMINGS

No. 55 PC.

Case below: 22 N.C. App. 452.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974.

STATE v. CURTIS

No. 78 PC.

Case below: 22 N.C. App. 606.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974.

STATE v. DARK

No. 72 PC.

Case below: 22 N.C. App. 566.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974.